UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| AMERICAN CIVIL LIBERTIES UNION OF MASSACHUSETTS, INC., <br><br> Plaintiff, <br><br> v. <br><br> THE CENTRAL INTELLIGENCE AGENCY, THE OFFICE OF THE DIRECTOR OF NATIONAL INTELLIGENCE, THE UNITED STATES DEPARTMENT OF DEFENSE, and THE NATIONAL SECURITY AGENCY, <br><br> Defendants. | C.A. No. 22-cv-11532 |

## AFFIDAVIT OF SERVICE

I, Natalie F. Panariello, hereby state and affirm as follows:

1. I am an Associate at the law firm Foley Hoag LLP, counsel to plaintiff American Civil Liberties Union of Massachusetts, Inc. in the above-captioned matter.

2. On September 20, 2022, I served the Summons and Complaint in this action upon the following, by certified mail, return receipt requested:

Civil Process Clerk
United States Attorney's Office, District of Massachusetts
John Joseph Moakley Courthouse
One Courthouse Way, Suite 9200
Boston, MA 02210

Merrick B. Garland
Attorney General
U.S. Department of Justice
950 Pennsylvania Avenue, NW
Washington, DC 20530-0001

1

Litigation Division
Office of General Counsel
Central Intelligence Agency
Washington, DC 20505

General Counsel
National Security Agency
9800 Savage Road
Fort George G. Meade, MD 20755-6000

Office of the Director of National Intelligence
Office of General Counsel
Washington, DC 20511

U.S. Department of Defense
Office of General Counsel
1000 Defense Pentagon
Washington, DC 20301

Signed under the penalties of perjury this 27th day of September, 2022.

*/s/ Natalie F. Panariello*
Natalie F. Panariello (BBO # 707579)
Associate
Foley Hoag LLP
155 Seaport Blvd.
Boston, MA 02210
npanariello@foleyhoag.com