Civil Action No.: **1:22–CV–11532–DJC**

## PROOF OF SERVICE

*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for (name of individual and title, if any) Rachael S. Rollins, U.S. Attorney, District of MA

was received by me on (date) September 19, 2022 .

☐ I personally served the summons on the individual at (place)_____

_____on (date)_____ ; or

☐ I left the summons at the individual's residence or usual place of abode with (name)_____

_____, a person of suitable age and discretion who resides there,

on (date) _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on (name of individual)_____ , who is

designated by law to accept service of process on behalf of (name of organization)_____

_____ on (date) _____; or

☐ I returned the summons unexecuted because_____ ; or

☒ Other (specify) : See Attachment A.

My fees are $ __N/A__ for travel and $__N/A__ for services, for a total of $_____N/A_____.

I declare under penalty of perjury that this information is true.

   09-20-2022                                *Natalie Panariello*
   ────────────                              ──────────────────────────────
      Date                                       *Server's Signature*

                                             Natalie F. Panariello, Associate
                                             ──────────────────────────────
                                                  *Printed name and title*

                                             Foley Hoag LLP, 155 Seaport Blvd., Boston, MA 02210
                                             ──────────────────────────────
                                                    *Server's Address*

Additional information regarding attempted service, etc:

## **ATTACHMENT A**

Pursuant to Fed. R. Civ. P. 4(i), I, Natalie F. Panariello, served the summons and complaint via Certified Mail, Return Receipt requested, to:

Civil Process Clerk
United States Attorney's Office, District of Massachusetts
John Joseph Moakley Courthouse
One Courthouse Way, Suite 9200
Boston, MA 02210

Merrick B. Garland
Attorney General
U.S. Department of Justice
950 Pennsylvania Avenue, NW
Washington, DC 20530-0001

Litigation Division
Office of General Counsel
Central Intelligence Agency
Washington, DC 20505

General Counsel
National Security Agency
9800 Savage Road
Fort George G. Meade, MD 20755-6000

Office of the Director of National Intelligence
Office of General Counsel
Washington, DC 20511

U.S. Department of Defense
Office of General Counsel
1000 Defense Pentagon
Washington, DC 20301


Dated: September 20, 2022                    */s/ Natalie F. Panariello*
                                             Natalie F. Panariello
                                             Associate
                                             Foley Hoag LLP

Civil Action No.: **1:22–CV–11532–DJC**

## PROOF OF SERVICE

*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for (name of individual and title, if any) __Merrick Garland, Attorney General__

was received by me on (date)__September 19, 2022__.

☐ I personally served the summons on the individual at (place)_____

_____on (date)_____ ; or

☐ I left the summons at the individual's residence or usual place of abode with (name)_____

_____, a person of suitable age and discretion who resides there,

on (date) _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on (name of individual)_____ , who is

designated by law to accept service of process on behalf of (name of organization)_____

_____ on (date) _____; or

☐ I returned the summons unexecuted because_____ ; or

☒ Other (specify) :  See Attachment A.


My fees are $ __N/A__ for travel and $__N/A__ for services, for a total of $_____N/A_____.

I declare under penalty of perjury that this information is true.

__09-20-2022__  
*Date*

_____*Natalie Panariello*_____  
*Server's Signature*

_____Natalie F. Panariello, Associate_____  
*Printed name and title*

_____Foley Hoag LLP, 155 Seaport Blvd., Boston, MA 02210_____  
*Server's Address*

Additional information regarding attempted service, etc:

# **ATTACHMENT A**

Pursuant to Fed. R. Civ. P. 4(i), I, Natalie F. Panariello, served the summons and complaint via Certified Mail, Return Receipt requested, to:

Civil Process Clerk
United States Attorney's Office, District of Massachusetts
John Joseph Moakley Courthouse
One Courthouse Way, Suite 9200
Boston, MA 02210

Merrick B. Garland
Attorney General
U.S. Department of Justice
950 Pennsylvania Avenue, NW
Washington, DC 20530-0001

Litigation Division
Office of General Counsel
Central Intelligence Agency
Washington, DC 20505

General Counsel
National Security Agency
9800 Savage Road
Fort George G. Meade, MD 20755-6000

Office of the Director of National Intelligence
Office of General Counsel
Washington, DC 20511

U.S. Department of Defense
Office of General Counsel
1000 Defense Pentagon
Washington, DC 20301

Dated: September 20, 2022               */s/ Natalie F. Panariello*
                                        Natalie F. Panariello
                                        Associate
                                        Foley Hoag LLP

Civil Action No.: **1:22–CV–11532–DJC**

## PROOF OF SERVICE

*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for (name of individual and title, if any) __the Central Intelligence Agency__

was received by me on (date)__September 19, 2022__.

☐ I personally served the summons on the individual at (place)_____

_____ on (date)_____ ; or

☐ I left the summons at the individual's residence or usual place of abode with (name)_____

_____, a person of suitable age and discretion who resides there,

on (date) _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on (name of individual)_____ , who is

designated by law to accept service of process on behalf of (name of organization)_____

_____ on (date) _____; or

☐ I returned the summons unexecuted because_____ ; or

☒ Other (specify) :  See Attachment A.

My fees are $ __N/A__ for travel and $__N/A__ for services, for a total of $_____N/A_____.

I declare under penalty of perjury that this information is true.

__09-20-2022__
*Date*

_____*Natalie Panariello*_____
*Server's Signature*

__Natalie F. Panariello, Associate__
*Printed name and title*

__Foley Hoag LLP, 155 Seaport Blvd., Boston, MA 02210__
*Server's Address*

Additional information regarding attempted service, etc:

**ATTACHMENT A**

Pursuant to Fed. R. Civ. P. 4(i), I, Natalie F. Panariello, served the summons and complaint via Certified Mail, Return Receipt requested, to:

Civil Process Clerk
United States Attorney's Office, District of Massachusetts
John Joseph Moakley Courthouse
One Courthouse Way, Suite 9200
Boston, MA 02210

Merrick B. Garland
Attorney General
U.S. Department of Justice
950 Pennsylvania Avenue, NW
Washington, DC 20530-0001

Litigation Division
Office of General Counsel
Central Intelligence Agency
Washington, DC 20505

General Counsel
National Security Agency
9800 Savage Road
Fort George G. Meade, MD 20755-6000

Office of the Director of National Intelligence
Office of General Counsel
Washington, DC 20511

U.S. Department of Defense
Office of General Counsel
1000 Defense Pentagon
Washington, DC 20301

Dated: September 20, 2022                    */s/ Natalie F. Panariello*
                                             Natalie F. Panariello
                                             Associate
                                             Foley Hoag LLP

Civil Action No.: **1:22–CV–11532–DJC**

## PROOF OF SERVICE

*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for (name of individual and title, if any) __the National Security Agency__

was received by me on (date)__September 19, 2022__.

☐ I personally served the summons on the individual at (place)_____

_____on (date)_____ ; or

☐ I left the summons at the individual's residence or usual place of abode with (name)_____

_____, a person of suitable age and discretion who resides there,

on (date) _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on (name of individual)_____ , who is

designated by law to accept service of process on behalf of (name of organization)_____

_____ on (date) _____; or

☐ I returned the summons unexecuted because_____ ; or

☒ Other (specify) :  See Attachment A.


My fees are $ __N/A__ for travel and $__N/A__ for services, for a total of $_____N/A_____.

I declare under penalty of perjury that this information is true.

____09-20-2022____  ____*Natalie Panariello*____
Date                                      *Server's Signature*

                                   Natalie F. Panariello, Associate
                                   _____
                                   *Printed name and title*

                                   Foley Hoag LLP, 155 Seaport Blvd., Boston, MA 02210
                                   _____
                                   *Server's Address*

Additional information regarding attempted service, etc:

# **ATTACHMENT A**

Pursuant to Fed. R. Civ. P. 4(i), I, Natalie F. Panariello, served the summons and complaint via Certified Mail, Return Receipt requested, to:

Civil Process Clerk
United States Attorney's Office, District of Massachusetts
John Joseph Moakley Courthouse
One Courthouse Way, Suite 9200
Boston, MA 02210

Merrick B. Garland
Attorney General
U.S. Department of Justice
950 Pennsylvania Avenue, NW
Washington, DC 20530-0001

Litigation Division
Office of General Counsel
Central Intelligence Agency
Washington, DC 20505

General Counsel
National Security Agency
9800 Savage Road
Fort George G. Meade, MD 20755-6000

Office of the Director of National Intelligence
Office of General Counsel
Washington, DC 20511

U.S. Department of Defense
Office of General Counsel
1000 Defense Pentagon
Washington, DC 20301

Dated: September 20, 2022                    */s/ Natalie F. Panariello*
                                              Natalie F. Panariello
                                              Associate
                                              Foley Hoag LLP

Civil Action No.: **1:22–CV–11532–DJC**

## PROOF OF SERVICE

*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for (name of individual and title, if any) the Office of the Director of National Intelligence was received by me on (date) September 19, 2022.

☐ I personally served the summons on the individual at (place)_____
_____ on (date)_____ ; or

☐ I left the summons at the individual's residence or usual place of abode with (name)_____
_____, a person of suitable age and discretion who resides there,
on (date) _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on (name of individual)_____ , who is designated by law to accept service of process on behalf of (name of organization)_____
_____ on (date) _____; or

☐ I returned the summons unexecuted because_____ ; or

☒ Other (specify) : See Attachment A.

My fees are $ __N/A__ for travel and $__N/A__ for services, for a total of $_____N/A_____.

I declare under penalty of perjury that this information is true.

_____09-20-2022_____  
Date

_____*Natalie Panariello*_____  
*Server's Signature*

_____Natalie F. Panariello, Associate_____  
*Printed name and title*

_____Foley Hoag LLP, 155 Seaport Blvd., Boston, MA 02210_____  
*Server's Address*

Additional information regarding attempted service, etc:

# **ATTACHMENT A**

Pursuant to Fed. R. Civ. P. 4(i), I, Natalie F. Panariello, served the summons and complaint via Certified Mail, Return Receipt requested, to:

Civil Process Clerk
United States Attorney's Office, District of Massachusetts
John Joseph Moakley Courthouse
One Courthouse Way, Suite 9200
Boston, MA 02210

Merrick B. Garland
Attorney General
U.S. Department of Justice
950 Pennsylvania Avenue, NW
Washington, DC 20530-0001

Litigation Division
Office of General Counsel
Central Intelligence Agency
Washington, DC 20505

General Counsel
National Security Agency
9800 Savage Road
Fort George G. Meade, MD 20755-6000

Office of the Director of National Intelligence
Office of General Counsel
Washington, DC 20511

U.S. Department of Defense
Office of General Counsel
1000 Defense Pentagon
Washington, DC 20301

Dated: September 20, 2022                    */s/ Natalie F. Panariello*
                                              Natalie F. Panariello
                                              Associate
                                              Foley Hoag LLP

Civil Action No.: **1:22–CV–11532–DJC**

## PROOF OF SERVICE

*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for (name of individual and title, if any) <u>the United States Department of Defense</u>
was received by me on (date) <u>September 19, 2022</u>.

☐ I personally served the summons on the individual at (place)_____
_____on (date)_____ ; or

☐ I left the summons at the individual&rsquo;s residence or usual place of abode with (name)_____
_____, a person of suitable age and discretion who resides there,
on (date) _____ , and mailed a copy to the individual&rsquo;s last known address; or

☐ I served the summons on (name of individual)_____ , who is
designated by law to accept service of process on behalf of (name of organization)_____
_____ on (date) _____; or

☐ I returned the summons unexecuted because_____ ; or

☒ Other (specify) : See Attachment A.

My fees are $ <u>N/A</u> for travel and $ <u>N/A</u> for services, for a total of $ <u>N/A</u>.

I declare under penalty of perjury that this information is true.

<u>09-20-2022</u>         *[signature: Natalie Panariello]*
Date        *Server's Signature*

       Natalie F. Panariello, Associate
       *Printed name and title*

       Foley Hoag LLP, 155 Seaport Blvd., Boston, MA 02210
       *Server's Address*

Additional information regarding attempted service, etc:

# **ATTACHMENT A**

Pursuant to Fed. R. Civ. P. 4(i), I, Natalie F. Panariello, served the summons and complaint via Certified Mail, Return Receipt requested, to:

Civil Process Clerk
United States Attorney's Office, District of Massachusetts
John Joseph Moakley Courthouse
One Courthouse Way, Suite 9200
Boston, MA 02210

Merrick B. Garland
Attorney General
U.S. Department of Justice
950 Pennsylvania Avenue, NW
Washington, DC 20530-0001

Litigation Division
Office of General Counsel
Central Intelligence Agency
Washington, DC 20505

General Counsel
National Security Agency
9800 Savage Road
Fort George G. Meade, MD 20755-6000

Office of the Director of National Intelligence
Office of General Counsel
Washington, DC 20511

U.S. Department of Defense
Office of General Counsel
1000 Defense Pentagon
Washington, DC 20301

Dated: September 20, 2022                                 */s/ Natalie F. Panariello*
                                                                                Natalie F. Panariello
                                                                                Associate
                                                                                Foley Hoag LLP