# EXHIBIT G



**NATIONAL GEOSPATIAL-INTELLIGENCE AGENCY**
7500 GEOINT Drive
Springfield, Virginia 22150

**NGA-2022-FOIA-00055**

September 8, 2022

Mr. Daniel L. McFadden
Staff Attorney
ACLU Foundation of Massachusetts
dmcfadden@aclum.org

RE: Freedom of Information Act (FOIA) Request **NGA-2022-FOIA-00055**

Dear Mr. Daniel L. McFadden:

This letter is in response to your Freedom of Information Act (FOIA) request, submitted to the National Geospatial-Intelligence Agency (NGA) dated 15 August 2022, in which you requested: *"ACLUM requests that the National Geospatial-Intelligence Agency ("NGA") produce the following records:*

*1. The Alleged Declassification Standing Order.*
*2. Any written transmittal of the Alleged Declassification Standing Order from the Executive Office of the President of the United States to NGA, including by letter, memoranda, or email.*
*3. All records created by NGA that were declassified pursuant to the Alleged Declassification Standing Order.*
*For Requests 1 & 2, please provide all responsive records from January 20, 2017, through*
*January 20, 2021.*
*For Request 3, please provide all responsive records declassified from January 20, 2017, through*
*January 20, 2021."*

Our extensive search of National Geospatial-Intelligence Agency records failed to identify any documents in our files that are responsive to your request.

If you consider this **no-record** response to be a denial of your request, you may appeal our determination in writing. Appeals to this determination should be made in writing within 90 calendar days from the date of this letter. In the appeal, you should reference FOIA case **NGA-2022-FOIA-00055** detailing your reasons for reconsideration and include a copy of this letter. Your appeal should be mailed to the National Geospatial-Intelligence Agency, FOIA/Privacy Act Program Office, Mail Stop N22-SISM, 7500 GEOINT Drive, Springfield, VA 22150.

Mr. Daniel L. McFadden
NGA-2022-FOIA-00055
Page 2

If you have any questions or concerns regarding this request, please contact Charles Melton, Branch Chief, FOIA/PA & Declass Management Program, SISM at 571-557-4141, or via e-mail, at FOIANGA@nga.mil. Additionally, the NGA FOIA Public Liaison is available to you at 571-558-8286 for any concerns or disputes you may have related to your FOIA request.

Finally, you may also seek information and resolution regarding your request through the Office of Government Information Services (OGIS) at (202) 741-5770 or via email at ogis@nara.gov.

Sincerely,

*Augustus Simms*

Charles R. Melton
Branch Chief, FOIA/PA & Declass Management Program, SISMD