# EXHIBIT H



**U.S. Department of Homeland Security**
Washington, DC 20528

**Homeland Security**

*Privacy Office, Mail Stop 0655*

September 12, 2022

Dan McFadden
American Civil Liberties Union of Massachusetts
211 Congress Street
Boston, MA 02110

Re:  **2022-HQFO-01539**

Dear Dan McFadden:

This is the [electronic] final response to your Freedom of Information Act (FOIA) request to the Department of Homeland Security (DHS), dated August 15, 2022, and received by this office on August 15, 2022.  You are seeking 1. The Alleged Declassification Standing Order.
2. Any written transmittal of the Alleged Declassification Standing Order from the Executive Office of the President of the United States to DHS, including by letter, memoranda, or email.
3. All records created by DHS that were declassified pursuant to the Alleged Declassification Standing Order..

We conducted a comprehensive search of files within the The Office of the Executive Secretary (ESEC) and the Office of the Chief Information Officer (OCIO) for records that would be responsive to your request.  Unfortunately, we were unable to locate or identify any responsive records.

While an adequate search was conducted, you have the right to appeal this determination that no records exist within OCIO or ESEC that would be responsive to your request.  Should you wish to do so, you must send your appeal and a copy of this letter, within 90 days of the date of this letter, to:  Privacy Office, Attn: FOIA Appeals, U.S. Department of Homeland Security, 2707 Martin Luther King Jr. Avenue, SE, Mail Stop 0655, Washington, D.C. 20528-0655, following the procedures outlined in the DHS FOIA regulations at 6 C.F.R. Part 5 § 5.5(e)(2).  Your envelope and letter should be marked "FOIA Appeal."  Copies of the FOIA and DHS FOIA regulations are available at www.dhs.gov/foia.

If you need any further assistance or would like to discuss any aspect of your request, please contact the analyst below who processed your request and refer to **2022-HQFO-01539**. You may send an e-mail to foia@hq.dhs.gov, call 202-343-1743 or toll free 1-866-431-0486, or you may contact our FOIA Public Liaison in the same manner.  Additionally, you have a right to right to seek dispute resolution services from the Office of Government Information Services (OGIS) which mediates disputes between FOIA requesters and Federal agencies as a non-exclusive alternative to litigation.  If you are requesting access to your own records (which is

considered a Privacy Act request), you should know that OGIS does not have the authority to handle requests made under the Privacy Act of 1974.  You may contact OGIS as follows:  Office of Government Information Services, National Archives and Records Administration, 8601 Adelphi Road-OGIS, College Park, Maryland 20740-6001, e-mail at ogis@nara.gov; telephone at 202-741-5770; toll free at 1-877-684-6448; or facsimile at 202-741-5769.

Provisions of FOIA allow DHS to charge for processing fees, up to $25, unless you seek a waiver of fees.  In this instance, because the cost is below the $25 minimum, there is no charge.

Sincerely,

Jimmy Wolfrey
Senior Director, FOIA Operations and Management
(Acting)