# EXHIBIT L

Central Intelligence Agency



Washington, D.C. 20505

23 January 2023

Daniel McFadden
ACLU of Massachusetts
One Center Plaza, Suite 850
Boston, MA 02108

Reference: F-2022-01725; Civil Action No. 22-cv-11532

Dear Mr. McFadden:

This letter is a final response to your 15 August 2022 Freedom of Information Act (FOIA) request, and subsequent litigation, for:

1.  **The Alleged Declassification Standing Order.**

2.  **Any written transmittal of the Alleged Declassification Standing Order from the Executive Office of the President of the United States to the CIA, including by letter, memoranda, or email.**

3.  **All records created by the CIA that were declassified pursuant to the Alleged Declassification Standing Order.**

In coordination with the Federal Bureau of Investigation (FBI), a federal law enforcement agency, the CIA can neither confirm nor deny whether we possess records responsive to your request pursuant to FOIA Exemption (b)(7)(A), 5 U.S.C.§552 (b)(7)(A). A confirmation that we have or do not have responsive records would be tantamount to acknowledging the existence or nonexistence of aspects of an ongoing investigation that the FBI has not previously acknowledged. The FBI has advised that 1) if the requested records exist, they would be relevant to the FBI's ongoing investigation and 2) confirmation by CIA as to the existence or nonexistence of such records could reasonably be expected to interfere with the ongoing investigation. Accordingly, CIA neither confirms nor denies the existence of records pursuant to FOIA Exemption (b)(7)(A).

Please direct any further inquiries about this case to Attorney Julia Heiman of the Department of Justice at (202) 616-8480 or via e-mail at Julia.heiman@usdoj.gov.

This completes our response to the above referenced case.

Sincerely,

Anthony J. Capitos

Information and Privacy Coordinator