# EXHIBIT N



**NATIONAL RECONNAISSANCE OFFICE**
14675 Lee Road
Chantilly, VA 20151-1715

24 February 2023

Daniel McFadden
dmcfadden@aclum.org

REF: NRO Case Number F-2022-00174

Dear Mr. McFadden:

    This is in response to your request dated 16 August 2022 and received on 17 August 2022 in the National Reconnaissance Office (NRO). Pursuant to the Freedom of Information Act (FOIA), you requested, **"ACLUM requests that the National Reconnaissance Office ("NRO") produce the following records:
1. The Alleged Declassification Standing Order.
2. Any written transmittal of the Alleged Declassification Standing Order from the Executive Office of the President of the United States to the NRO, including by letter, memoranda, or email.
3. All records created by the NRO that were declassified pursuant to the Alleged Declassification Standing Order."**

    We have processed your request in accordance with the FOIA, 5 U.S.C. § 552, as amended. After a thorough search of our records and databases, we located no NRO-originated records responsive to your request.

    You have the right to appeal this determination to the NRO Appellate Authority, 14675 Lee Road, Chantilly, VA 20151-1715, within 90 days of the above date. You may also submit an appeal electronically through the National FOIA Portal at www.foia.gov or via email to FOIA@nro.mil. Please include an explanation of the reason(s) for your appeal as part of your submission. The FOIA also provides that you may seek dispute resolution for any adverse determination through the NRO FOIA Public Liaison and/or through the Office of Government Information Services (OGIS). Please refer to the OGIS public web page at www.archives.gov/ogis for additional information.

    If you have any questions, please call the Requester Service Center at (703) 745-0600 and reference case number **F-2022-00174**.

Sincerely,

*Carol K—*
Carol Krumm
FOIA Public Liaison