# EXHIBIT O



DONALD J. TRUMP

June 19, 2022

The Honorable Debra Steidel Wall
Acting Archivist of the United States
U.S. National Archives and Records Administration
Washington, D.C.

Dear Ms. Wall,

I write to designate two individuals – Kash Patel and John Solomon – as my representatives for access to Presidential records of my administration, pursuant to the Presidential Records Act, 44 U.S.C. §§ 2201 – 2207, and 36 C.F.R. § 1270.44(a)(4).

Kashyap Pramod "Kash" Patel can be reached at (b) (6) and (b) (6). John Solomon can be reached at (b) (6) and (b) (6). Both individuals meet the requirements for access to records under 36 C.F.R. § 1270.44(a)(4).

Thank you for your attention to this request.

Sincerely,

*[signature: Donald Trump]*

cc:   Mr. Gary M. Stern
      Mr. John Laster