**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| **AMERICAN CIVIL LIBERTIES UNION OF MASSACHUSETTS, INC.,** | ) | |
| **Plaintiff,** | ) | |
| **vs.** | ) | **Civil Action No. 1:22-cv-11532-DJC** |
| **THE CENTRAL INTELLIGENCE AGENCY, *et al.*,** | ) | |
| **Defendants.** | ) | |

# NOTICE OF WITHDRAWAL OF APPEARANCE

Please withdraw my appearance as counsel for the Plaintiff. The Plaintiff is still represented by other counsel in this matter.

Dated: March 24, 2023

Respectfully submitted,

By: */s/ Matthew R. Segal*

Matthew R. Segal (BBO # 654489)
American Civil Liberties Union
Foundation of Massachusetts, Inc.
One Center Plaza, Suite 850
Boston, MA 02108
(617) 482-3170
msegal@aclum.org

**CERTIFICATE OF SERVICE**

I hereby certify that on March 24, 2023, a true copy of the above document was filed via the Court's CM/ECF system and that a copy will be sent automatically to all counsel of record.

March 24, 2023

/s/ *Matthew R. Segal*
Matthew R. Segal