# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **AMERICAN CIVIL LIBERTIES UNION OF MASSACHUSETTS, INC.,**<br><br>Plaintiff,<br><br>vs.<br><br>**THE CENTRAL INTELLIGENCE AGENCY,** *et al.*,<br><br>Defendants. | Civil Action No. 1:22-cv-11532 |

## NOTICE OF COMPLIANCE

Defendants the Central Intelligence Agency ("CIA"), the Office of the Director of National Intellgience ("ODNI"), the United States Department of Defense ("DoD"), and the National Security Agency ("NSA") (collectively, "Defendants") hereby provide notice of their compliance with the Court's Orders of May 11, 2023, and May 22, 2023, *see* ECF Nos. 33 and 36. Specifically, on June 23, 2023, Defendants provided the attached letter to Plaintiff's counsel supplementing Defendants' responses to Plaintiff's Freedom of Information Act request.

Dated: June 23, 2023               Respectfully submitted,

                                   BRIAN M. BOYNTON
                                   Principal Deputy Assistant Attorney General

                                   ELIZABETH J. SHAPIRO
                                   Deputy Director
                                   Federal Programs Branch

                                   */s/ Julia A. Heiman*
                                   JULIA A. HEIMAN (D.C. Bar No. 986228)
                                   Senior Counsel

United States Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, NW
Washington, DC  20005
Tel: 202-616-8480
julia.heiman@usdoj.gov

## CERTIFICATE OF SERVICE

I hereby certify that this document was filed through the ECF system and will therefore be sent electronically to Plaintiff's counsel identified on the Notice of Electric Filing (NEF).

*/s/ Julia A. Heiman*
JULIA A. HEIMAN (D.C. Bar No. 986228)
Senior Counsel
United States Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, NW
Washington, DC  20005
Tel: 202-616-8480
julia.heiman@usdoj.gov



**U.S. Department of Justice**
Civil Division
Federal Programs Branch

| **Mailing Address** | **Overnight Delivery Address** |
|---|---|
| P.O. Box 883 | 1100 L St., N.W. |
| Washington, D.C. 20044 | Washington, D.C. 20005 |

June 23, 2023

*Via Email*

Daniel McFadden
Staff Attorney
ACLU of Massachusetts
One Center Plaza, Suite 850
Boston, MA 02108

    Re:    *Am. Civil Liberties Union of Mass., Inc. v. Central Intelligence Agency, et al.*,
             Civil Action No. 22-cv-11532

Dear Mr. McFadden:

Pursuant to the Court's orders of May 11, 2023, and May 22, 2023, *see* ECF Nos. 33 and 36, I am writing to convey Defendants' supplemental responses to your Freedom of Information Act request of August 15, 2022. Each of the Defendants[1], respectively, supplements its response as follows: the agency possesses no records responsive to your request.

                                Best regards,

                                */s/ Julia A. Heiman*

                                JULIA A. HEIMAN
                                Senior Counsel

                                United States Department of Justice
                                Civil Division, Federal Programs Branch

---

[1] Defendants are the Central Intelligence Agency, the Office of the Director of National Intelligence, the United States Department of Defense, and the National Security Agency.